IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Derek N. Hairston | : | Chapter 13 |
| | : | Bankruptcy No.: 19-17208-elf |
| Debtor | : | |

___

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed January 27, 2020 was forwarded to the following parties, as follows:

*Via First Class United States Mail on January 27, 2020:*

Alicia S Ford, Bankruptcy Coordinator
Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

Abby L. Petrone, Legal Manager
Castle Credit Co Holdings, LLC
20 North Wacker Drive, Suite 2275
Chicago, IL 60606

Ray Hebden, CEO
Superior Credit Union
799 Main Street
Royersford, PA 19468

Tamara Nicholas, Bankr. Specialist
U.S. Department of Housing & Urban Dev.
The Wanamaker Building, 11th Floor
100 Penn Square East
Philadelphia, PA 19107-3380

*via Electronic Filing (ECF on January 27, 2020:*

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz, Esquire on behalf of Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

                                  **ROSS, QUINN & PLOPPERT, P.C.**

                        By:    */s/ Joseph Quinn*
                                Joseph Quinn, Esquire
                                Attorney I.D. No. 307467
                                101 S. Hanover Street, Suite 101
                                Pottstown, PA 19464
                                T: 610.323.5300
                                F: 610.323.6081
                                JQuinn@RQPLaw.com
Date: January 27, 2020             Counsel for Debtor