# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Derek N. Hairston | \| | **Chapter 13** |
| Debtor(s) | \| | **BK No. 19-17208-elf** |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on January 8, 2020 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on January 8, 2020.

3. A response was due on or before January 30, 2020.

4. As of today, no response to said Application has been received.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: February 11, 2020