```
        UNITED STATES BANKRUPTCY COURT
    FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:
DEREK N. HAIRSTON                              Chapter: 13
                        Debtor
                                    Case No: 19-17208 elf
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Superior Credit Union has filed a Motion for Relief with the Court for Hearing for Relief from the Automatic Stay.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before March 9, 2020 you or your attorney must do <u>all</u> of the following:

    (a) File an answer explaining your position at:
        Robert N.C. Nix Building, 900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:
        WILSON LAW FIRM
        2 S Orange Street, Suite 204
        Media, PA 19063
        Phone (610) 566-7080
        Fax   (610) 566-7180

See attached list of Interested Parties:

2. If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on March 17, 2020, at 9:30 a.m. in Courtroom #1, Bankruptcy Court, 900 Market Street, Philadelphia, PA

19107.

    4.   If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1 (b).

    5.   You may contact the Bankruptcy Clerk's Office at 215-408-2819 to find out whether the hearing has been canceled because no one filed an Answer.

Date: February 20, 2020

Attorney for Movant:    Robert J. Wilson, Esq.
                            WILSON LAW FIRM
                            2 S Orange St, Ste 204
                            Media, PA 19063
                            610-566-7080