UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  Bankruptcy No.: 19-17208

DEREK N. HAIRSTON                       Chapter 13
          Debtor

SUPERIOR CREDIT UNION
100 Crosskeys Road, PO Box 26159
Collegeville, PA 19426

       Movant

vs.

DEREK N. HAIRSTON
2886 Shire Drive
Pottstown, PA 19464
    and
William C. Miller, Esquire
Trustee
P.O. Box 1229
Philadelphia, PA 19105
    and
Office of U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

      Respondents

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

Robert J. Wilson, Esq., Attorney for Movant, hereby certifies that on February 20, 2020, a true and correct copy of Movant's Motion for Modification and Relief from the Automatic Stay was

9

served either electronically or by first-class regular mail upon the following:

William C. Miller, Esquire,
Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of U.S. Trustee
200 Chestnut St, Ste 502
Philadelphia, PA 19106

Joseph L. Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Derek N. Hairston
2886 Shire Drive
Pottstown, PA 19464

By: _____
Robert J. Wilson, Esquire
Attorney for Movant

Sworn to and subscribed before me
this 10th day of February, 2020

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
KATHLEEN FLYNN, Notary Public
Delaware County
My Commission Expires March 19, 2022
Commission Number 1051586

10