IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Derek N. Hairston              :       Chapter 13
                                          :       Bankruptcy No.: 19-17208-elf
                  Debtor            :

_____

CERTIFICATE OF SERVICE

        I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct

copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed March

2, 2020 was forwarded to the following parties, as follows:

***Via First Class United States Mail on March 2, 2020:***

Alicia S Ford, Bankruptcy Coordinator
Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

Abby L. Petrone, Legal Manager
Castle Credit Co Holdings, LLC
20 North Wacker Drive, Suite 2275
Chicago, IL 60606

Tamara Nicholas, Bankr. Specialist
U.S. Department of Housing & Urban Dev.
The Wanamaker Building, 11th Floor
100 Penn Square East
Philadelphia, PA 19107-3380

***via Electronic Filing (ECF on March 2, 2020:***

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Robert John Wilson, Esquire on behalf of Superior Credit Union
bob@rwilsonlawfirm.com, sharon@rwilsonlawfirm.com

Rebecca Ann Solarz, Esquire on behalf of Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*_____
   Joseph Quinn, Esquire
   Attorney I.D. No. 307467
   192 S. Hanover Street, Suite 101
   Pottstown, PA 19464
   T: 610.323.5300
   F: 610.323.6081
   JQuinn@RQPLaw.com
Date: <u>March 2, 2020</u>  Counsel for Debtor