IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Derek N. Hairston | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-17208-elf |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Derek N. Hairston hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on March 9, 2020 has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on March 9, 2020:*

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Robert John Wilson on behalf of Superior Credit Union
bob@rwilsonlawfirm.com, sharon@rwilsonlawfirm.com

*Via U.S.P.S first class mail on March 9, 2020:*

All other creditors not otherwise notified by means of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
JQuinn@RQPLAW.com
Counsel for Debtor

Date:  March 9, 2020