UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DEREK N. HAIRSTON         Chapter: 13
           Debtor
                          Case No: 19-17208 elf

### ORDER

AND NOW this 19th day of March, 2020, the foregoing Stipulation is approved and is binding on the parties thereto only and does not impair the rights of any party in interest or the trustee in connection with confirmation of the Debtor's chapter 13 plan.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

INTERESTED PARTIES:

ROBERT J. WILSON, ESQUIRE
WILSON LAW FIRM
2 S. Orange Street, Suite 204
Media, PA 19063

William C. Miller, Esquire
Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Derek N. Hairston
2886 Shire Drive
Pottstown, PA 19464.

Joseph L. Quinn, Esq.
Ross, Quinn & Ploppert P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

2