UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO.
    DEREK N. HAIRSTON                           19-17208-elf

                              Debtor    Chapter 13

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

CERTIFICATE OF SERVICE

    Robert J. Wilson, Esq., Attorney for Movant, hereby certifies that on March 20, 2019, a true and correct copy of Movant's Proof of Claim (automobile loan)# 7 was served either electronically or by first class regular mail upon the following:

Joseph L. Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Derek N. Hairston
2886 Shire Drive
Pottstown, PA 19464

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

                                              By: /s/ *Robert J. Wilson*

                                                   Robert J. Wilson, Esquire
                                                   Attorney for Creditor