United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Derek N. Hairston  
     Debtor

Case No. 19-17208-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina     Page 1 of 1     Date Rcvd: Mar 19, 2020  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db            +Derek N. Hairston,    2886 Shire Drive,    Pottstown, PA 19464-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:  
         JOSEPH L QUINN    on behalf of Debtor Derek N. Hairston CourtNotices@rqplaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
         ROBERT JOHN WILSON    on behalf of    Superior Credit Union bob@rwilsonlawfirm.com,  
          sharon@rwilsonlawfirm.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEREK N. HAIRSTON                    Chapter: 13
          Debtor
                                     Case No: 19-17208 elf

**ORDER**

AND NOW this 19th day of March, 2020, the foregoing Stipulation is approved and is binding on the parties thereto only and does not impair the rights of any party in interest or the trustee in connection with confirmation of the Debtor's chapter 13 plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

INTERESTED PARTIES:

ROBERT J. WILSON, ESQUIRE
WILSON LAW FIRM
2 S. Orange Street, Suite 204
Media, PA 19063

William C. Miller, Esquire
Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Derek N. Hairston
2886 Shire Drive
Pottstown, PA 19464.

Joseph L. Quinn, Esq.
Ross, Quinn & Ploppert P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

2