IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Derek N. Hairston             :      Chapter 13
           Debtor             :      Bankruptcy No.: 19-17208-elf

_____

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Derek N. Hariston, Debtor in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtor and Specialized Loan Servicing was filed with this Court on March 9, 2020.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on March 9, 2020.

4. A certificate of service was filed with the Court on March 9, 2020 declaring timely service to the above-referenced parties.

5. A response deadline was set as March 30, 2020.

6. No response to said Motion has been received as of March 31, 2020.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: <u>March 31, 2020</u>