## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **DEREK N. HAIRSTON,** | : | |
| **Debtor** | : | **Bky. No. 19-17208  ELF** |

# O R D E R

   **AND NOW,** upon consideration of the Debtor's Motion  to Approve Mortgage Loan

Modification ("the Motion") between the Debtor and Lakeview Loan Servicing,LLC  ("the

Lender")(Doc. #31 ), and after notice and hearing, and there being no objection thereto, it is

hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in

   the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation

   of the automatic stay, 11 U.S.C. §362(a).

3. If: (a)  the Lender has filed a proof of claim on account of pre-petition arrears and (b) the

   Trustee determines that the loan modification provides for reinstatement of the loan account

   and the elimination of the pre-petition arrears, the Trustee may treat the Lender's proof of

   claim as **DISALLOWED** insofar as it constitutes a demand for payment of prepetition

   arrears.

**Date: April 3, 2020**

_____
   **ERIC L. FRANK**
   **U.S. BANKRUPTCY JUDGE**