THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Derek N. Hairston, | : | Chapter 13 |
| Debtor | : | No. : 19-17208-amc |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Derek N. Hairston hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on June 12, 2023 has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on June 12, 2023:*

Brian Craig Nicholas on behalf of Lakeview Loan Servicing LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert John Wilson on behalf of Superior Credit Union
bob@rwilsonlawfirm.com, sharon@rwilsonlawfirm.com

James Randolph Wood on behalf of Creditor Lower Pottsgrove Township and Lower Pottsgrove Township Authority
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

*Via First Class United States Mail on June 12, 2023:*

All other creditors on the mailing matrix not noticed by way of ECF.

                                                          **ROSS, QUINN & PLOPPERT, P.C.**

                                                          By: */s/ Joseph Quinn*
                                                              Joseph Quinn, Esquire
                                                              Attorney I.D. 307467
                                                              Ross, Quinn & Ploppert, P.C.
                                                              192 S. Hanover Street, Suite 101
                                                              Pottstown, PA  19464
                                                              Ph: (610) 323-5300
                                                              F:   (610) 323-6081

Dated: June 12, 2023