THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Derek N. Hairston, | : | Chapter 13 |
| Debtor | : | No. : 19-17208-amc |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Derek N. Hairston, Debtor in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtor and Lakeview Loan Servicing, LLC was filed with this Court on June 12, 2023.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on June 12, 2023.

4. A certificate of service was filed with the Court on June 12, 2023 declaring timely service to the above-referenced parties.

5. A response deadline was set as July 3, 2023.

6. No response to said Motion has been received as of July 17, 2023.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn,
    Esquire Attorney for
    Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300
    F:  (610) 323-6081

Dated: July 17, 2023