THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Derek N. Hairston,   :  Chapter 13
      Debtor  :  No. : 19-17208-amc

## **ORDER**

  AND NOW, after notice and opportunity for hearing, if any, it is hereby ORDERED that

Debtor Derek N. Hairston and Lakeview Loan Servicing, LLC by its Attorney-In-Fact M&T

Bank have permission by the Court to enter into the mortgage loan modification agreement

between the parties exhibited in this motion.

BY THE COURT:

_____

**Date: July 18, 2023**

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE