THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Derek N. Hairston, | : | Chapter 13 |
| Debtor | : | No. : 19-17208-amc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on December 4, 2023, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on December 4, 2023:*

Brian Craig Nicholas on behalf of Creditor Lakeview Loan Servicing LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Robert John Wilson on behalf of Superior Credit Union
bob@rwilsonlawfirm.com, sharon@rwilsonlawfirm.com

James Randolph Wood on behalf of Creditor Lower Pottsgrove Township and Lower Pottsgrove Township Authority
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

*Via First Class United States Mail on December 4, 2023:*

Alicia S Ford, Bankruptcy Coordinator
Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

Abby L. Petrone, Legal Manager
Castle Credit Co Holdings, LLC
20 North Wacker Drive, Suite 2275
Chicago, IL 60606

Tamara Nicholas, Bankr. Specialist
U.S. Department of Housing & Urban Dev.
The Wanamaker Building, 11th Floor
100 Penn Square East
Philadelphia, PA 19107-3380

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: /s/ Joseph Quinn
Joseph Quinn, Esquire
Attorney I.D. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
Ph: (610) 323-5300
F:  (610) 323-6081

Dated: December 4, 2023