THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:  Derek N. Hairston, | : | Chapter 13 |
| Debtor | : | No. : 19-17208-amc |

## PRAECIPE TO WITHDRAW THE SUPPLEMENTAL APPLICATION FOR COMPENSATION [DOCUMENT NO. 82]

TO THE CLERK OF COURT:

Kindly withdraw the Supplemental Application for Compensation filed by Debtor on December 18, 2023 [Document No. 82].

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: January 15, 2024