United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 19-17208-amc

Derek N. Hairston                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 2

Date Rcvd: Jan 30, 2024              Form ID: pdf900               Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derek N. Hairston, 2886 Shire Drive, Pottstown, PA 19464-2732 |
| cr | + | Lower Pottsgrove Township and Lower Pottsgrove Tow, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| NONE | ++ | SUPERIOR CREDIT UNION, PO BOX 26159, COLLEGEVILLE PA 19426-0159 address filed with court:, Superior Credit Union, P.O. Box 26159, 100 Crosskeys Rd., Collegeville, PA 19426 |
| 14426321 | + | Dawn Hairston, 2886 Shire Drive, Pottstown, PA 19464-2732 |
| 14426322 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14443386 | + | Lakeview Loan Srving LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14616905 | + | Lower Pottsgrove Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14616906 | + | Lower Pottsgrove Township Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14617128 | + | Lower Pottsgrove Township and, Lower Pottsgrove Township Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14448901 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14426326 | + | Superior Credit Union, P.o. Box 4519, Carol Stream, IL 60197-4519 |
| 14426327 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2024 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14426318 | + | Email/Text: legal@castlecredit.com | Jan 31 2024 00:24:00 | Castle Credit Co Holdi, 8420 W Bryn Mawr, Chicago, IL 60631-3436 |
| 14428591 | + | Email/Text: legal@castlecredit.com | Jan 31 2024 00:24:00 | Castle Credit Co Holdings, LLC, 20 North Wacker Drive, Suite 2275, Chicago, Illinois 60606-3096 |
| 14426319 | + | Email/Text: bankruptcy@credencerm.com | Jan 31 2024 00:24:21 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 14426460 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 31 2024 00:24:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 14426320 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 31 2024 00:24:00 | Credit Acceptance Corporation, Po Box 5070, Southfield, MI 48086-5070 |
| 14445009 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2024 00:25:32 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14426323 | ^ | MEBN | Jan 31 2024 00:22:24 | Fin Recovery, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |

Case 19-17208-amc    Doc 89    Filed 02/01/24    Entered 02/02/24 00:35:05    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 25 |

| 14456978 | ^ MEBN | | Jan 31 2024 00:22:18 | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
|---|---|---|---|---|
| 14426324 | + | Email/Text: camanagement@mtb.com | Jan 31 2024 00:24:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14426325 | + | Email/Text: bankruptcy@sw-credit.com | Jan 31 2024 00:24:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14430986 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 31 2024 00:25:29 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14486473 | *P++ | SUPERIOR CREDIT UNION, PO BOX 26159, COLLEGEVILLE PA 19426-0159, address filed with court:, Superior Credit Union, 100 Corsskeys Road, PO Box 25159, Collegeville, PA 19426 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township and Lower Pottsgrove Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Debtor Derek N. Hairston CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| ROBERT JOHN WILSON | on behalf of Superior Credit Union bob@rwilsonlawfirm.com sharon@rwilsonlawfirm.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| DEREK N. HAIRSTON | |
| Debtor | Bankruptcy No. 19-17208-amc |

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: Jan. 30, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge